# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137580

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KENYON CLINTON,
      Defendant-Appellant.

SC: 137580
COA: 287036
Macomb CC: 02-002884-FC

_____/

      On order of the Court, the application for leave to appeal the September 10, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2009

_____
Clerk

l0316